# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA      **CRIMINAL COMPLAINT**

V.

Alejandro GONZALEZ      CASE NUMBER:
Los Angles, CA 90032

I, Park Ranger Elizabeth Waldow, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On June 20th, 2007, in Yosemite National Park, in the Eastern District of California defendant did:

> **Count 1**: Possess a controlled substance, to wit Psilocybin (hallucinogenic mushrooms), in violation of 36 CFR 2.35 (b)(2).
> **Maximum Penalty**: 6 months imprisonment and $5,000 fine.
>
> **Count 2:** Interfere with an agency function in violation of 36 CFR 2.32 (a)(1).
> **Maximum Penalty:** 6 months imprisonment and $5,000 fine.
>
> **Count 2:** Possess a controlled substance, to wit Marijuana, in violation of 36 CFR 2.35 (b)(2).
> **Maximum Penalty:** 6 months imprisonment and $5,000 fine.

I further state that I am a Park Ranger and that this complaint is based on the following facts:

On or about June 20, 2007, at approximately 1900 hours or later, in Yosemite National Park, in the special maritime and territorial jurisdiction of the United States, Rangers Gayeski and Winslow responded to report called into Yosemite Dispatch by off-duty Ranger Bryan. Ranger Bryan reported a white SUV with California license plate #4KSK091 was parked in the Curry Orchard lot. She smelled the odor of burnt marijuana coming out of the passenger compartment of the vehicle. Ranger Bryan observed two males seated in the vehicle with the doors open and a third was outside the vehicle.

When Rangers Gayeski and Winslow arrived on at the vehicle there were two males outside the vehicle. The driver's and front passenger door were open. Ranger Gayeski identified one of the males as Alejandro GONZALEZ, from a valid California driver's license. Ranger Gayeski asked GONZALEZ for his marijuana. GONZALEZ stated he did not have any. Ranger Gayeski walked over to the driver's door to look into the passenger compartment. GONZALEZ walked to the door, pushed the lock button. Ranger Gayeski asked GONZALEZ if he was the registered owner of the vehicle. He replied no. Ranger Gayeski told GONZALEZ to not lock and shut the door. GONZALEZ shut the door. Ranger Gayeski told GONZALEZ to unlock the door. He stated he did not have the keys.

When the driver of the vehicle, David Ortega, came back from shopping at the Curry Village Gift Shop he handed the keys to Ranger Gayeski.

During a search of the passenger compartment, Ranger Gayeski looked into a grey colored satchel resting on the front passenger seat. Inside he found a glassine baggie that contained a quantity of dried, processed green leafy substance suspected to be marijuana. That substance was weighed and booked into evidence at the Yosemite Holding Facility at 1/4 oz. Also in the satchel was a glassine baggie of dried and processed mushroom stalks and button that appeared to be Psilocybin. The Psilocybin weighed 1/8 of an oz. A brown glass smoking pipe that smelled of burnt marijuana was also in the bag. The male identified as Alejandro GONZALEZ stated that the grey colored satchel belonged to him.

Continued on the attached sheet and made a part hereof:
    ☐ Yes    X No
Speedy trial applies:     ☐ Yes    X No

*Elizabeth Waldow*
Park Ranger Elizabeth Waldow
National Park Service

Sworn to before me and subscribed in my presence, this 21st day of June, 2007, at Yosemite National Park, California.

_____  1320 hrs,
Honorable William M. Wunderlich
U.S. Magistrate Judge